IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH CHARLES BOYLE,<br><br>                Defendant,<br><br>and<br><br>AMERICAN NATIONAL BANK & TRUST,<br>EMPLOYEE RETIREMENT SYSTEM<br>OF TEXAS, PILGRAM BANK, and<br>TEXAS COUNTY AND DISTRICT<br>RETIREMENT SYSTEM,<br><br>                Garnishees. | No. 7:15-CR-019-O (01) |

## **FINAL ORDER OF GARNISHMENT**

This matter is before the Court for entry of a Final Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act, for the substantial nonexempt property belonging to or due Defendant-Judgment Debtor, Joseph Charles Boyle (Boyle), and/or his spouse, Sandra Kay Baker (Baker).

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 47. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Report and Recommendation of the United States Magistrate Judge and adopts it as the final order on this matter.

**SO ORDERED on this 20th day of January, 2017.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**